UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Fort Dearborn Life Insurance Co.</u>

        v.                        Case No. 11-cv-92-PB

<u>Debra Hubbard, et al</u>

### O R D E R

I hereby recuse myself from presiding over this case as Attorney Jamie Hage has filed an appearance on behalf of one of the defendants.

SO ORDERED.

March    , 2011                        /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:    Counsel of Record