UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FORT DEARBORN LIFE INSURANCE )
COMPANY, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.
) 1:11-cv-92-SM
DEBRA HUBBARD, NELIA GIBSON, MARK D. )
SPAULDING AND BOBBIE JO GUYER, )
)
Defendants. )



O R D E R

The Court, having heard Fort Dearborn's Assented-to Motion to Deposit Funds on Complaint of Interpleader dated April 22, 2011, hereby orders:

(1)    That Fort Dearborn's Assented-to Motion to Deposit Funds on Complaint of Interpleader is GRANTED; and

(2)    That Fort Dearborn shall deposit the sum of $100,000.00, plus any applicable interest due pursuant to N.H. Revised Stat. § 408:10-a, with the Clerk of the Court within twenty-one (21) days of this Court's order; and

(3)    That the Clerk of the Court shall deposit such funds with the Treasurer of the United States, in the name and to the credit of this Court, pursuant to 28 U.S.C. § 2041; and

(4)    That the Clerk of the Court shall see that such funds are deposited into an interest bearing account through the Court Registry Investment System, which is administered through

the United States District Court for the Southern District of Texas pursuant to the terms of Local Rule 67.2(b).

    IT IS SO ORDERED.

_____<br>
Chief Judge Steven J. McAuliffe

Date:   April 26, 2011

A/74163126.1/3004469-0000354170